UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
OCT 28 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. |
| ) | |
| MELVIN DANTE HARDY, ) | 4:15CR00489 JAR/DDN |
| a/k/a MD, ) | |
| ) | |
| Defendant. ) | |

# INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about January 7, 2014, in the City of St. Louis, within the Eastern District of Missouri,

**MELVIN DANTE HARDY,**
**a/k/a MD,**

the defendant herein, having been convicted previously of one or more felony crimes punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess a firearm, which traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

The Grand Jury further charges that:

On or about January 7, 2014, in the City of St. Louis, within the Eastern District of Missouri,

**MELVIN DANTE HARDY,**
**a/k/a MD,**

the defendant herein, did knowingly and intentionally possess with intent to distribute heroin, a Schedule I controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT THREE

The Grand Jury further charges that:

On or about January 7, 2014, in the City of St. Louis, within the Eastern District of Missouri,

**MELVIN DANTE HARDY,**
**a/k/a MD,**

the defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime, which may be prosecuted in a court of the United States; to wit: possession with intent to distribute heroin, as charged in Count Two herein.

In violation of Title 18, United States Code, Section 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FOUR

The Grand Jury further charges that:

On or about January 9, 2014, in the City of St. Louis, within the Eastern District of Missouri,

**MELVIN DANTE HARDY,**
**a/k/a MD,**

the defendant herein, did knowingly and intentionally possess with intent to distribute cocaine base (crack), a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT FIVE

The Grand Jury further charges that:

On or about July 30, 2015, in the City of St. Louis, within the Eastern District of Missouri,

**MELVIN DANTE HARDY,**
**a/k/a MD,**

the defendant herein, having been convicted previously of one or more felony crimes punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess a firearm, which traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SIX

The Grand Jury further charges that:

On or about July 30, 2015, in the City of St. Louis, within the Eastern District of Missouri,

**MELVIN DANTE HARDY,**
**a/k/a MD,**

the defendant herein, did knowingly and intentionally possess with intent to distribute cocaine base (crack), a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT SEVEN

The Grand Jury further charges that:

On or about July 30, 2015, in the City of St. Louis, within the Eastern District of Missouri,

**MELVIN DANTE HARDY,**
**a/k/a MD,**

the defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime, which may be prosecuted in a court of the United States; to wit: possession with intent to distribute cocaine base (crack), as charged in Count Six herein.

In violation of Title 18, United States Code, Section 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(C)(i).

A TRUE BILL.


_____

FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____

CRISTIAN M. STEVENS, #48028MO
Assistant United States Attorney