STATE OF MISSOURI )
                   ) SS
CITY OF SAINT LOUIS)

IN THE CIRCUIT COURT CITY OF SAINT LOUIS, STATE OF MISSOURI

THE STATE OF MISSOURI TO ANY PEACE OFFICER IN THE STATE OF MISSOURI:

Whereas, a complaint in writing, duly verified by oath, has been filed with the undersigned Judge of this court, stating upon information and belief, and personal belief, that the following (contraband), (property) to-wit:

Heroin, a Schedule I Narcotic, Marijuana, a Schedule I Narcotic, Illegal Firearms, U.S. Currency, Drug Transaction Records, Narcotic Paraphernalia, Records Linking the Target to the Crime, and Any Other Instruments of the Crime.

Believed to have been used as means for committing the felony of:

Unlawful Possession of a Firearm/Violation Missouri Controlled Substance Law (Sale and Possession)

Is being kept or held in the City and State and in:

5260 Genevieve Avenue, is a single story, single family residence.  The building is on the east side of the 5200 block of Genevieve Avenue facing west.  The 5200 block of Genevieve Avenue is bordered by Thekla Avenue to the south and Theodore Avenue to the north.

Whereas, the Judge of this Court from the sworn allegations of said complaint and from the supporting written affidavits filed therewith has found that there is probable cause to believe that allegations of the complaint to be true and probable cause for the issuance of a search warrant therein;

Now, therefore, these are to command you that you search the said premises above described within 10 days after the issuance of this warrant by day or night, and take with you, if need be, the power of your city, and if said above described property or any part thereof be found on the said premises by you, that you seize the same and take same into your possession, making a complete and accurate inventory of the property so taken by you in the presence of the person from whose possession the same is taken, if that be possible, and giving to such person, a receipt for such property, together with a copy of this warrant, or, if no person be found in possession of said property, leaving said receipt and said copy upon the premises searched, and that you thereafter return the property so taken and seized by you, together with a duly verified copy of the inventory thereof and with your return to this warrant to this Court to be herein dealt with in accordance with law.

Witnessed my hand and seal of this Court on this 2ᴬᴰ day of January 2014.

_____
Honorable Judge

14 JAN 10 AM 11:32

6TH CITY S.MKR10 OFFICE
22ND JUDICIAL CIRCUIT
FILED

STATE OF MISSOURI )
                   ) SS
CITY OF SAINT LOUIS)

## IN THE CIRCUIT COURT CITY OF ST. LOUIS
## STATE OF MISSOURI

I, Detective Ronald Vaughan, DSN 8232, BEING DULY SWORN, DEPOSE and states upon information and belief, or personal belief that the following described to wit:

Heroin, a Schedule I Narcotic, Marijuana, a Schedule I Narcotic, Illegal Firearms, U.S. Currency, Drug Transaction Records, Narcotic Paraphernalia, Records Linking the Target to the Crime, and Any Other Instruments of the Crime.

Believed to have been used as means for committing the felony of:

Unlawful Possession of a Firearm/Violation Missouri Controlled Substance Law (Sale and Possession)

Is now being held and kept at the following place in the said City and State, to wit:

5260 Genevieve Avenue, is a single story, single family residence.  The building is on the east side of the 5200 block of Genevieve Avenue facing west.  The 5200 block of Genevieve Avenue is bordered by Thekla Avenue to the south and Theodore Avenue to the north.

That the basis of the affiant's information and belief is contained in the attached affidavits of witnesses to facts concerning the said matter which affidavits are made a part hereof and are submitted herewith as a basis upon which this court may find the existence of probable cause for the issuance of said warrant.

Therefore complainant prays that a search warrant be issued as provided by law.

_Det_ _8232/917_

Detective

_64989_

Assistant Circuit Attorney

Described and sworn to before me this _2ND_ day of January, 2014, at _3:14_ AM/PM

Honorable Judge

14 JAN 10 AM 11:21

FILED
82ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE

0108

STATE OF MISSOURI  )

                   ) SS

CITY OF SAINT LOUIS)

## AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

I, Detective Ronald Vaughan, DSN 8232, being duly sworn do hereby depose the following to wit:

That I am a Detective with the Saint Louis Metropolitan Police Department and have been so employed since October 2008. I am currently assigned to the Special Operations Unit and operate within the Bureau of Community Policing conducting investigations into weapons and narcotics related offenses. I have received specialized training and experience in the investigation of narcotics trafficking, narcotics sales, and other narcotic related law violations. I have over five (5) years of experience and have made numerous arrests relating to the possession, sale, and trafficking of crack-cocaine, heroin, marijuana, and other illegal narcotics. I have received specialized training from the Drug Enforcement Administration regarding narcotic investigations and preparation of search warrants and have previously prepared/executed multiple search warrants in the City of St. Louis.

For the following reasons listed below, it is my belief that Heroin, a Schedule I narcotic, and Marijuana, a Schedule I narcotic, are being stored and distributed from 5260 Genevieve Avenue. It is also by belief that the target (s) is a convicted felon in possession of multiple illegally possessed firearms at the residence at 5260 Genevieve Avenue, which is a single story, single-family residence of brick and mortar construction. The numerals "5260" are clearly posted in vertical letters on the front of the residence. The residence is located on the east side of the 5200 block of Genevieve Avenue facing west. The 5200 block of Genevieve Avenue is bordered by Thekla Avenue to the south and Theodore Avenue to the north. This address is located in the Walnut Park East neighborhood, which is located in the City of St. Louis.

On January 2nd, 2014, I spoke with a Confidential Informant (herein listed C/I who stated the residence located at 5260 Genevieve Avenue was being used to store stolen firearms, heroin, marijuana, and other stolen property. The C/I stated he/she knows this residence to be occupied by several members of the 54 Oriole gang set, which is also known as the 54 Gangsta Villins Crips. The C/I stated he/she has been inside of the residence within the previous 24-48 hour time period and observed the following items being stored inside of the residence in recent time: (2) 9 MM Berretta handguns stamped with the lettering "Police Service" on the sides, (1) .25 caliber semi-automatic handgun, (1) .45 caliber semi-automatic handgun with an extended magazine, (4) revolvers, a pump action shotgun, multiple stolen flat screen televisions, a large quantity of heroin, and marijuana. The C/I stated the above firearms and televisions were obtained through thefts across the St. Louis metro area.

The C/I stated subjects by the names of "Bud," "MD," and "Sean" were three of the primary occupants of the residence. The C/I stated "Bud" drives a white Dodge Magnum and "MD" drives a silver Nissan Maxima and further indicated "Sean" was arrested while standing in front of the residence earlier in 2013. The C/I stated these three subject sell narcotics from this residence.

This particular C/I has provided information on numerous occasions that has resulted in the execution of Search Warrants with the seizure of firearms and narcotics.

On January 2nd, 2014, we conducted a period of surveillance during the afternoon hours and observed the vehicles described by the C/I parked in front of 5260 Genevieve Avenue. During the surveillance period (approximately 1 hour), we observed between 5-10 people approach the front of the residence, stay for a short period of time, and leave hastily. This behavior is consistent with prior activity I have observed in other narcotics investigations relative to the sale of illegal narcotics.

I conducted a computer inquiry of the address at 5260 Genevieve Avenue and it showed Sean Laden, BM DOB 04/22/1993. I allowed the C/I to view a photograph of the subject and he/she confirmed it to be the subject he/she knows as "Sean." Laden was arrested in July of 2103 and charged with Possession of a Controlled Substance, as was originally described by the C/I.

Taking considerations of the herein listed facts and circumstances, it is my firm belief that Heroin, an illegal schedule I narcotic, and Marijuana, an illegal schedule I narcotic, are being stored and sold from 5260 Genevieve. It is also my belief that illegally possessed firearms (including stolen firearms) are also being stored inside the residence in the possession of a convicted felon (s).

Detective Ronald Vaughan, DSN 8232
Special Operations Unit
Narcotics Control Assistance Program

Subscribed and sworn to me before this _____ day of January 2014, at _____
AM/PM

Honorable Judge

# RETURN AND INVENTORY

I, Detective Ronald Vaughan, DSN 8232, being a peace officer within and for the aforesaid county, to-wit: City of Saint Louis, Missouri, do hereby make return to the above and within warrant as follows:  that on the __7th__ day of January, 2014, and within ten days after issuance of said warrant, I went to the location and premises described therein, and that upon said premises I discovered the following property, which I then and there took into my possession:

SKS Assault Rifle

16 Gauge Shotgun

.22 caliber revolver

Suspected heroin

Suspected marijuana

Suspected pain killers

Drug Paraphernalia- digital scale and plastic bags

Miscellaneous live ammunition

Personal papers bearing the name of the target

I made this inventory in the presence of the person from whose possession I took said property (that there was no person present from whose possession said property was taken); that I delivered to such person a receipt for the property taken, together with a copy of this warrant, (that there were no persons in possession of said property present on said premises, I left a copy of this warrant with a receipt for the property taken, in a conspicuous place on said premises); that I have now placed said property so taken in the possession of this court.

(Police Officer)

Time: 11:15 AM/PM

Subscribed and sworn to me before this 10 day of January, 2014.

CLERK

M. Jane Schweitzer

By Deputy Clerk

_Carla Dunnigan_

14 JAN 10 AM11:21

CIRCUIT CLERK'S OFFICE
22ND JUDICIAL CIRCUIT
FILED

0111