UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:15-CR-00489-JAR |
| ) | |
| MELVIN DANTE HARDY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Following a conference with counsel on this date,

**IT IS HEREBY ORDERED** that the Defendant's Motion to Suppress Evidence and Statements and Reopen Motion Hearing (Doc. No. 89) is **GRANTED in part**. The Court will hold a hearing on Defendant's Motion to Suppress Evidence on **August 30, 2016 at 1:30 p.m.**

**IT IS FURTHER ORDERED** that, upon agreement of the parties, the Jury Trial is continued to **Tuesday, September 20, 2016 at 9:00 a.m.** Pursuant to 18 U.S.C. § 3161(h)(7), the interests of justice are served by a continuance, that the interests of justice outweigh the interest of the public and Defendant in a speedy trial, and that, therefore, any time elapsed is excludable time under the Speedy Trial Act.

Dated this 4th day of August, 2016.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE