UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:15-CR-00489-JAR |
| ) | |
| MELVIN DANTE HARDY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

Upon conference with counsel,

**IT IS HEREBY ORDERED** that the Government shall, no later than five (5) days from the date of this Order, inform the Court whether the cell-site simulator used to locate Defendant on January 9, 2014, is still in use by the Secret Service or any other government agency, and further articulate any governmental interest in maintaining the secrecy of the manufacturer, make, and model of said cell-site simulator.

**IT IS FURTHER ORDERED** that Defendant shall file his written reply to the Government's response in opposition to his motion to compel no later than **Thursday, September 22, 2016**. The Government shall file any sur-reply no later than **Monday, September 26, 2016**.

**IT IS FURTHER ORDERED** that the hearing of Defendant's motion to suppress is continued until **Tuesday, October 18, 2016 at 10:00 a.m.**

**IT IS FINALLY ORDERED** that the trial setting of September 20, 2016 is **VACATED**. For the reasons stated more fully on the record, and pursuant to 18 U.S.C. § 3161(h)(7), the interests of justice are served by a continuance, the interests of justice outweigh the interest of

the public and Defendant in a speedy trial, and therefore, any time elapsed is excludable time under the Speedy Trial Act.

```
                              _____
                              JOHN A. ROSS
                              UNITED STATES DISTRICT JUDGE
```

Dated this 8th day of September, 2016.